Terry Lee STEPHENSON,
Petitioner—Appellant,

v.

Stuart J. RYAN, Warden, Respondent—
Appellee.

No. 05–55162.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 10, 2007 *.

Filed Jan. 23, 2007.

Los Angeles, CA, for Respondent–Appellee.

Before: KLEINFELD, GOULD, and SMITH, Circuit Judges.

## MEMORANDUM **

The California Court of Appeal reasonably held the *Miranda*[1] violations were harmless beyond a reasonable doubt.[2] The victim's acquaintance with the defendant, his car across the street, what happened at work, and the other facts, all went together to show that the *Miranda* error was harmless beyond a reasonable doubt. The California decision was not clearly contrary to or an unreasonable application of Supreme Court authority.[3]

AFFIRMED.

Terry Lee Stephenson, CALSP—Calipatria State Prison, Diane E. Berley, Esq., Calipatria, CA, for Petitioner–Appellant.

Catherine Okawa Kohm, Dag, AGCA— Office of the California Attorney General,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966).

2. *Arizona v. Fulminante,* 499 U.S. 279, 310, 111 S.Ct. 1246, 113 L.Ed.2d 302 (1991).

3. *Carey v. Musladin,* —— U.S. ——, 127 S.Ct. 649, 653, 166 L.Ed.2d 482 (2006).